1  BRIAN J. STRETCH (CABN  163973)
   Acting United States Attorney

2

3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division

4  SARAH HAWKINS  (CABN 257723)
   Assistant United States Attorney

5

6         450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495

7         Telephone: (415) 436-7126
          Fax: (415) 436-7207

8         Email:  Sarah.Hawkins@usdoj.gov

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,              )  CASE NO.  CR 15-0399 MMC
                                           )
14         Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER TO
                                           )  CONTINUE STATUS CONFERENCE
15     v.                                  )
                                           )
16  YEE MAN LUI,and                        )
    XIAOSHAN HUANG,                        )
17                                         )
           Defendants.                     )
18                                         )
    _____)
19

20                        **STIPULATION**

21         IT IS HEREBY STIPULATED by the parties, through undersigned counsel, that:

22         1.      The case is currently set for change of plea or motion setting on March 30, 2016 at 2:15

23  p.m.

24         2.      The defense has been diligently reviewing discovery and the parties have been discussing

25  the discovery and the appropriate next steps in the case.  Accordingly, the parties jointly request a

26  continuance of the matter to April 27, 2016.

27         3.      The parties further  respectfully submit and agree that the period from March 30, 2016,

28  through and including April 27, 2016 should be excluded from the otherwise applicable Speedy Trial

STIP. AND [PROPOSED] ORDER                1
CR 15-0399 MMC

1  Act computation because the continuance is necessary for effective preparation of counsel, taking into

2  account the exercise of due diligence.

3        4.     The parties concur that granting the exclusion would allow the reasonable time necessary

4  for effective preparation of counsel and continuity of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The

5  parties also agree that the ends of justice served by granting such an exclusion of time for the purposes

6  of effective preparation of counsel outweigh the best interests of the public and the defendant in a

7  speedy trial. 18 U.S.C. § 3161(h)(7)(A).

8

9        IT IS SO STIPULATED.

10

11  DATED:  March 24, 2016                   BRIAN J. STRETCH
                                          Acting United States Attorney

12

13                                             /s/

14                                          SARAH HAWKINS
                                        Assistant United States Attorney

15

16  DATED: March 24, 2016

17                                           /s/

18                                          KENNETH WINE
                                        Counsel for Yee Man Lui

19

20  DATED:  March 24, 2016

21                                           /s/

22                                          Geoffrey A. Hansen
                                        Counsel for Xiaoshan Huang

23

24

25

26

27

28

1

### [PROPOSED] ORDER

2      Based upon the above-described Stipulation, THE COURT FINDS THAT the ends of justice

3 served by granting a continuance from March 30, 2016 through and including April 27, 2016 outweigh

4 the best interest of the public and the defendant in a speedy trial, and that failure to grant such a

5 continuance would unreasonably deny the defendant the reasonable time necessary for effective

6 preparation, taking into account the exercise of due diligence.

7      Accordingly, THE COURT ORDERS THAT:

further status conference currently set for March 30, 2016, is continued to

8      1.      The parties shall appear before the Court on April 27, 2016 at 2:15 p.m. for further status

9 conference.

10      2.      The period from March 30, 2016 through and including April 27, 2016 is excluded from

11 the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(7)(A) &

12 (B)(iv).

13      IT IS SO ORDERED.

14

15 DATED: March 28, 2016

16      HON. MAXINE M. CHESNEY
       United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER                    3
CR 15-0399 MMC