KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for YEE MAN LUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YEE MAN LUI and XIASHAN HUANG,<br><br>　　　　Defendants. | CR-15-399 MMC (SK)<br><br>STIPULATION TO CONTINUE DEFENDANT YEE LUI'S SENTENCING; [PROPOSED] ORDER THEREON |

The parties stipulate as follows:

　　　　1.　　The sentencing for Defendant Yee Lui is currently scheduled for January 11, 2017.

　　　　2.　　The parties are jointly requesting a brief continuance to finish the investigation of issues that effect sentencing and guideline calculations.

　　　　3.　　The parties are requesting a continuance until February 8, 2017.  U.S. Probation Officer Michelle Nero is in agreement and is available on this date.

DATED: December 19, 2016　　　　　　 /s/ Kenneth Wine
　　　　　　　　　　　　　　　　　　　　Kenneth H. Wine, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　YEE MAN LUI


DATED: December 19, 2016　　　　　　 /s/ Sarah Hawkins AUSA
　　　　　　　　　　　　　　　　　　　　Sarah Hawkins, AUSA
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　UNITED STATES

**ORDER**

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendants YEE MAN LUI's sentencing date is continued from January 11, 2017 until February 8, 2017 at 2:15 p.m.

DATED: December 19, 2016

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT