KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA 94102
Telephone: (415) 621-2400
Facsimile: (415) 575-9930
email: kenwine@hotmail.com

Counsel for YEE MAN LUI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-15-399 MMC (SK) |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) DEFENDANT YEE LUI'S |
| v. | ) SENTENCING; [PROPOSED] ORDER |
| | ) THEREON |
| YEE MAN LUI and XIASHAN HUANG, | ) |
| Defendants. | ) |

The parties stipulate as follows:

1. The sentencing for Defendant Yee Lui is currently scheduled for February 8, 2017.

2. The parties are jointly requesting a brief continuance to finish the investigation of issues that effect sentencing and guideline calculations.

3. The parties are requesting a continuance until March 15, 2017. U.S. Probation Officer Michelle Nero is in agreement and is available on this date.

DATED: January 27, 2017          /s/ Kenneth Wine
                                 Kenneth H. Wine, Esq.
                                 Attorney for Defendant
                                 YEE MAN LUI

DATED: January 27, 2017          /s/ Sarah Hawkins AUSA
                                 Sarah Hawkins, AUSA
                                 Attorney for Plaintiff
                                 UNITED STATES

STIP/ORDER TO CONTINUE SENTENCING

**ORDER**

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendants YEE MAN LUI's sentencing date is continued from February 8, 2017 until March 15, 2017 at 2:15 p.m.

DATED: January ~~27~~ 30, 2017

HON. MAXINE M. CHESNEY
U.S. DISTRICT COURT

STIP/ORDER TO CONTINUE SENTENCING                2