UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 15-0399 MMC** |
| Plaintiff, | **[PROPOSED] PRELIMINARY ORDER OF FORFEITURE AND** |
| v. | **[PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN** |
| YEE MAN LUI, | |
| Defendant. | |

Having considered the Application for a Preliminary Order of Forfeiture and Motion for Appointment of Substitute Custodian filed by the United States and the plea agreement entered on September 14, 2016, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Approximately $2,814.00 in U.S. Currency;

b. All US Mail, Access Cards, Checks and/or Money Orders, Driver's Licenses and/or ID Cards not in the name of Xiaoshan "Shannon" HUANG and/or Yee "Danielle" LUI;

c. All documents, whether paper or electronic, containing personally identifying information (e.g. name, date of birth, social security number, medical record number, etc.) not in the name of Xiaoshan "Shannon" HUANG and/or Yee "Danielle" LUI;

d. Any and all documents whether paper or electronic pertaining to the dental practice of Dr. Wayne Lee, DDS which includes but is not limited to patient medical records, patient biographical information, patient intake forms, patient insurance information and/or credit card authorization forms;

e. One (1) Wells Fargo VISA credit card in the name of S. W. card number ending 9859;

f. One (1) Credit card authorization form from Dr. Wayne Lee, DDS in the name of R. N. with full VISA card number ending 3463;

g. One (1) Nikon d7100 camera body S/N: 2611979 with black camera bag and one (1) 32 GB SD Card;

h. One (1) Nikon 55-300 mm lens;

i. One (1) Nikon 18-140 mm lens;

j. One (1) Blue Prada "Cobalto" purse;

k. One (1) Black Louis Vuitton messenger bag;

l. One (1) Apple MacBook Air P/N A1465; S/N: C02HQFF4DRV7 with cyan case and power adapter;

m. One (1) Sony Viao Laptop P/N: PGC-5K1L; Service tag number: C1023PEH with power adapter;

n. One (1) Samsung netbook P/N: NP-N150-JPB1US; S/N: ZRFE93LZ607610D with power cable;

o. One (1) Samsung Galaxy Note 3: P/N: SM-N900A; IMEI: 357472/05/143913/8 with charger, battery and plastic case;

p. One (1) Samsung Galaxy Note 3: P/N: SM-N900A; IMEI: 357572053961675 with charger, battery and plastic case;

q. One (1) Apple iPhone 4s (White) P/N: A1387; S/N: C8PH93HZDTD0 with power cable and plastic case;

r. One (1) Apple iPad Mini (White) P/N: A1432; S/N: F4LIMB8WF197 with power cable and Belkin case;

s. One (1) Apple iPad 16GB (White) P/N: A1416; S/N: DMPHQ0YZDVD1 with Belkin case;

t. Two (2) $100 Target VISA Gift cards ending 2247 and 0890;

u. One (1) Kidrobot $100 gift card;

v. One (1) Kidrobot $50 gift card;

w. Two (2) Fivestars cards;

x. One (1) Black and white composition book with names, usernames and passwords;

y. One (1) Apple Airport Extreme Wi-Fi router S/N: C86M22PJFJ1R with power cable;

z. One (1) Brown/Plaid/Beige Burberry purse;

aa. One (1) Blue Gucci Purse tag Number 805563703-3;

bb. One (1) Off-white Tory Burch purse;

cc. One (1) Brown and Tan Coach handbag;

dd. One (1) Blue Burberry Scarf in back article number 39036881;

ee. One (1) Beige Burberry handbag in box; and

ff. One (1) Brown and beige Coach wallet,

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 18, United States Code, Section 1029(c)(2).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website, for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court ~~to~~ will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e); and

IT IS FURTHER ORDERED that the Court hereby authorizes the United States Postal Inspection Service (hereinafter "USPIS") to maintain custody of the subject property until further notice of this Court, the United States having represented to the Court that the ~~The~~ USPIS has adequate and appropriate facilities and supervision for the proper safekeeping of the subject property, and that the ~~The~~ United States Marshal Service agrees to USPIS's appointment as substitute custodian of the subject property.

//

//

//

//

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE & [PROPOSED] ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN
CR 15-0399 MMC                    3

Defendant Yee Man Lui was sentenced on March 29, 2017. As part of ~~his~~ her sentence, the Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and Commitment, entered on April 4, 2017.

IT IS SO ORDERED this 20th day of June 2017.

*Maxine M. Chesney*
MAXINE M. CHESNEY
Senior United States District Judge