UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. CR 15-0399 MMC** |
| Plaintiff, | **[PROPOSED] FINAL ORDER OF FORFEITURE** |
| v. | |
| YEE MAN LUI, | |
| Defendant. | |

On June 20, 2017, the Court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a. Approximately $2,814.00 in U.S. Currency;

    b. All US Mail, Access Cards, Checks and/or Money Orders, Driver's Licenses and/or ID Cards not in the name of Xiaoshan "Shannon" HUANG and/or Yee "Danielle" LUI;

    c. All documents, whether paper or electronic, containing personally identifying information (e.g. name, date of birth, social security number, medical record number, etc.) not in the name of Xiaoshan "Shannon" HUANG and/or Yee "Danielle" LUI;

d. Any and all documents whether paper or electronic pertaining to the dental practice of Dr. Wayne Lee, DDS which includes but is not limited to patient medical records, patient biographical information, patient intake forms, patient insurance information and/or credit card authorization forms;

e. One (1) Wells Fargo VISA credit card in the name of S. W. card number ending 9859;

f. One (1) Credit card authorization form from Dr. Wayne Lee, DDS in the name of R. N. with full VISA card number ending 3463;

g. One (1) Nikon d7100 camera body S/N: 2611979 with black camera bag and one (1) 32 GB SD Card;

h. One (1) Nikon 55-300 mm lens;

i. One (1) Nikon 18-140 mm lens;

j. One (1) Blue Prada "Cobalto" purse;

k. One (1) Black Louis Vuitton messenger bag;

l. One (1) Apple MacBook Air P/N A1465; S/N: C02HQFF4DRV7 with cyan case and power adapter;

m. One (1) Sony Viao Laptop P/N: PGC-5K1L; Service tag number: C1023PEH with power adapter;

n. One (1) Samsung netbook P/N: NP-N150-JPB1US; S/N: ZRFE93LZ607610D with power cable;

o. One (1) Samsung Galaxy Note 3: P/N: SM-N900A; IMEI: 357472/05/143913/8 with charger, battery and plastic case;

p. One (1) Samsung Galaxy Note 3: P/N: SM-N900A; IMEI: 357572053961675 with charger, battery and plastic case;

q. One (1) Apple iPhone 4s (White) P/N: A1387; S/N: C8PH93HZDTD0 with power cable and plastic case;

r. One (1) Apple iPad Mini (White) P/N: A1432; S/N: F4LIMB8WF197 with power cable and Belkin case;

s. One (1) Apple iPad 16GB (White) P/N: A1416; S/N: DMPHQ0YZDVD1 with Belkin case;

t. Two (2) $100 Target VISA Gift cards ending 2247 and 0890;

u. One (1) Kidrobot $100 gift card;

v. One (1) Kidrobot $50 gift card;

w. Two (2) Fivestars cards;

x. One (1) Black and white composition book with names, usernames and passwords;

|   |   |
|---|---|
| 1 | y. One (1) Apple Airport Extreme Wi-Fi router S/N: C86M22PJFJ1R with power cable; |
| 2 | z. One (1) Brown/Plaid/Beige Burberry purse; |
| 3 | aa. One (1) Blue Gucci Purse tag Number 805563703-3; |
| 4 | bb. One (1) Off-white Tory Burch purse; |
| 5 | cc. One (1) Brown and Tan Coach handbag; |
| 6 | dd. One (1) Blue Burberry Scarf in back article number 39036881; |
| 7 | ee. One (1) Beige Burberry handbag in box; and |
| 8 | ff. One (1) Brown and beige Coach wallet, |

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 18, United States Code, Section 1029(c)(2).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 18, United States Code, Section 1029(c)(2). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: September 6, 2017

_____
MAXINE M. CHESNEY
Senior United States District Judge